**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:21-CR-59** |
| | ) | |
| **ANDREW MALCOLM LOVETT** | ) | |

**ORDER ON MOTION TO ACCEPT**
**EARLY PAYMENT OF MONETARY PENALTIES**

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Accept Early Payment of Monetary Penalties" (Doc. No. 32).  The Court finds good cause to grant the requested relief.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall accept prepayment of the monetary penalties in this matter in any amount and deposit funds in the non-interest Treasury Registry Fund until entry of Judgment.  Upon entry of the Judgment, the Clerk will transfer the funds from the Treasury Registry Fund to the Restitution Fund and distribute the funds in accordance with the terms of the Judgment without further order of this Court.

**IT IS FURTHER ORDERED** that the government shall serve a copy of this Order upon the Clerk or the Financial Deputy Clerk.

**SO ORDERED.**

Signed: October 20, 2021

Kenneth D. Bell
United States District Judge