# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

V.                                                             CASE NO.: DNCW3:21CR59

Andrew Malcolm Lovett

## **ORDER**

**THIS MATTER** is before the Clerk due to a fiduciary responsibility to disburse restitution payments in accordance with the Judgments of this Court and the Mandatory Victims Restitution Act (MVRA).

For the purpose of this Order the term "victim" is legally defined in 18 U.S.C. §§3663(2). Micah Bucy was identified on the Judgment (Doc. # 40) as a victim owed restitution in this case. A request to change the victim's name for restitution purposes has been presented to the Clerk for the following reason:

- ☒ change in marital status
- ☐ death of original victim _____
- ☐ dissolution of business or change of business name
- ☐ (other change) _____

Pursuant to the Guide to Judiciary Policy, Volume 13, Chapter 8,

1

§820.60.20 (b), changes to the name of a victim to whom the Clerk's Office disburses restitution must be made by a Court Order or Amended Judgment.

The Clerk is in receipt of the appropriate documentation in support of the requested name change. The victim has declared, under penalty of perjury, that he or she is the rightful recipient of this restitution and that the documentation provided, related to the name change, is legal and correct.

**THEREFORE, IT IS HEREBY ORDERED** that the request for a name change for restitution purposes is **GRANTED,** and the U.S. District Clerk's Financial Department is hereby directed to disburse restitution payments accordingly to Micah Abbananto.

A copy of this Order is to be served on all parties and the Financial Department of this Court.

**SO ORDERED, this 26th day of January, 2022.**

*Frank G. Johns, Clerk*